**Order entered June 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00506-CV

### IN THE INTEREST OF C.V.L., A CHILD

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-01086-W

## ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. Before the Court is court reporter Kristin McDowell's June 4, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **June 14, 2019**. We expressly caution Ms. McDowell that any further extension request will be strongly disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Martin Lane, Presiding Judge of the 304th Judicial District Court; Martha Gant, Official Court Reporter for the 304th Judicial District Court; Ms. McDowell; and all parties.

/s/      KEN MOLBERG
         JUSTICE